UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEPHEN H. HEAD, individually and as
Personal Representative of the Estate of Hardy
Liol Head, Jr., deceased and on behalf of
Alexis Ann Head and Lindsay Susan Head,
beneficiaries,

                        Plaintiff,

v.                                                Case No.  5:09-cv-249-Oc-10TBS

UNITED STATES OF AMERICA,

                        Defendant.
_____/

## ORDER

Pending before the Court is the Plaintiffs' Unopposed Motion to Extend Mediation Deadline (Doc. No. 46).   Pursuant to Local Rule 3.01(g), Plaintiffs represent that the Defendant's attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, Plaintiffs' motion is hereby GRANTED.  The parties shall mediate this dispute on or before November 10, 2011.

    IT IS SO ORDERED.

    DONE and ORDERED in Ocala, Florida, on September 30, 2011.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    All Counsel